UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

**TRACI DIENNO**, *individually,*
*And on behalf of others similarly situated*,

    Plaintiff,

v.

**NATIONAL CHECK RESOLUTION, INC.**, *a Georgia Corporation*,
**SAM TULUMELLO** *an individual*, and
**RHONDA TULUMELLO**, *an individual*,

    Defendants.

Case No. 1:22-cv-01643-JPB

Hon. J. P. Boulee

**FLSA** Collective Action
**JURY TRIAL DEMANDED**

---

### [PROPOSED] ORDER ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The above-styled case is presently before the Court on the Parties' Joint Motion to Approve Settlement Agreement on Plaintiff's claim for unpaid overtime wages brought pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq*. (the "FLSA"). Therein, the Parties request the approval of the Parties' settlement agreement. After reviewing the record and the joint submission of the Parties, the Court APPROVES the Parties' Settlement and enters the following Order.

The Court reviews an FLSA settlement to ensure it is fair, adequate, and

reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982) ("Other than a section 216(c) payment supervised by the Department of Labor, there is only one context in which compromises of FLSA back wage or liquidated damage claims may be allowed: a stipulated judgment entered by a court which has determined that a settlement proposed by an employer and employees, in a suit brought by the employees under the FLSA, is a fair and reasonable [resolution] of a bona fide dispute over FLSA provisions.").

Having reviewed the settlement agreement executed by the Parties, the Court finds that the settlement is fair, adequate, and reasonable. Therefore, the Parties' Joint Motion is GRANTED, and it is hereby ORDERED that the Parties' settlement agreement is APPROVED.

It is FURTHER ORDERED that the Parties shall enter a Stipulation of Dismissal with prejudice within seven (7) days following payment to Plaintiff.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable J. P. Boulee
United States District Court Judge