UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI DIENNO, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CHECK RESOLUTION, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:22-CV-01643-JPB |

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement Agreement [Doc. 28]. After review of the motion, the record and the parties' settlement agreement, this Court finds that the agreement is fair, reasonable and just. Accordingly, the parties' motion is **GRANTED**. **IT IS HEREBY ORDERED** that the parties' settlement is approved.

**IT IS FURTHER ORDERED** that the settlement agreement is incorporated into this order as if fully set forth herein, and Defendants shall make the payment to Plaintiff's counsel as set forth in the settlement agreement. On or before seven days after the settlement payment is received, the parties are **DIRECTED** to file a

stipulation of dismissal with prejudice or a status report regarding the settlement. The case shall remain administratively closed.

**SO ORDERED** this 6th day of April, 2023.

J. P. BOULEE
United States District Judge